1189. BRIGGS HARDWARE CO. *v.* SOFKEE NAVAL STORES COMPANY.

HILL, C. J.   Where a verdict and judgment were rendered in the city
    court against an alleged partnership and the individual members
    composing the partnership, and the evidence as to the existence of
    the partnership is not clear, but the proof of the liability of each of the
    individuals alleged to compose the partnership demands the verdict
    and judgment against them as individuals and joint promisors, it is
    error in the judge of the superior court, on certiorari, to set aside
    the verdict and judgment generally and order a new trial. This
    judgment is reversed with direction that the judgment rendered in the
    city court be so modified as to be effective only as against the individ-
    uals named.                                   *Judgment reversed.*

Certiorari, from Grady superior court—Judge Spence. March
3, 1908.

Submitted July 15,—Decided December 8, 1908.

*G. A. Whitaker,* for plaintiff. .

*Ledford & Terrell,* for defendants.